IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EMMANUEL RODRIGUEZ | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-86-Y |
| | § | |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | § § | |

## FINAL JUDGMENT

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the parties' joint stipulations of dismissal (docs. 32, 33, 37, 38), all of Plaintiff's claims against Defendant in this action are hereby **DISMISSED with prejudice**. The parties shall bear their own respective costs and attorney's fees.

SIGNED February 14, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE